IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3126 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| VITALY PETROV REVENKOV, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's appointed counsel, Michael Hansen, cannot represent the defendant due to a conflict of interest.

Accordingly,

IT IS ORDERED:

(1) The motion to withdraw and to appoint new counsel, (filing no. 23), is granted. Michael Hansen and the Federal Public Defenders Office are hereby withdrawn as counsel for the defendant. Mr. Hansen shall be deleted from any future ECF notifications herein.

(2) This memorandum and order shall be forwarded to the Federal Public Defender.

(3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

(4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant, and provide a copy of this order to the defendant.

DATED this 15th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge