IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CR3126 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| VITALY PETROV REVENKOV, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue trial, (filing no.34), because he needs additional time to consider and investigate whether he should enter a plea of guilty or go to trial. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1) Defendant, Vitaly Petrov Revenkov's, oral motion to continue, (filing no. 34), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on April 16, 2012 for a duration of three trial days. Jury selection will be at the commencement of trial.

3) Based upon the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 16, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 24th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge